**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 555 MAL 2017
:
Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
:
SANTIAGO ROBLES, :
:
Petitioner :

**ORDER**

**PER CURIAM**

  **AND NOW**, this 21st day of March, 2018, the Petition for Allowance of Appeal is **DENIED**.